THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ludwig Iglhaut
 and Darlene Iglhaut, Respondent,
 v.
 Fred Buggie, Appellant.
 
 
 

Appeal From York County
 S. Jackson Kimball, III, Master-in-Equity
Unpublished Opinion No.  2009-UP-620
Submitted December 1, 2009  Filed
 December 22, 2009
AFFIRMED

 
 
 
 Fred Buggie, of Lake Wylie, for Appellant.
 Daniel D. D'Agostino, of York, for
 Respondent.
 
 
 

PER CURIAM:  Fred
 Buggie appeals the master-in-equity's order awarding Ludwig and Darlene Iglhaut
 actual and punitive damages on their fraud claim.  We affirm. 
On appeal, Buggie argues the master erred in finding
 he made material misrepresentations regarding the condition of a sewage line on
 the property he sold to the Iglhauts.  We disagree.  The master's findings of
 fraud by Buggie are reasonably supported by evidence in the record.   The
 problems with the sewer line were material to the Iglhauts' decision to
 purchase the property because the plumber informed Buggie the sewer line was
 made of a weak pipe which could collapse if not replaced.  Buggie was aware of
 the problems involving his sewer line, but declined to replace the pipe and did
 not inform the Iglhauts about the potential hazard to the property if the pipe
 was not replaced.  Buggie did not disclose the problem in both his written and
 oral representations to the Iglhauts before they purchased the property from
 him.  Accordingly, the master correctly ruled that Buggie's actions constituted
 fraud.  See Hendricks v. Hicks, 374 S.C. 616, 620, 649 S.E.2d 151,
 152 (Ct. App. 2007) (holding the court's findings of fact in an action for
 fraud will be upheld on appeal when the findings are reasonably supported by
 the evidence).         

AFFIRMED.[1]
HUFF, GEATHERS, JJ., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.